2010 WY 141

**Richard Lee BLAGG, Appellant (Defendant),**

v.

**The STATE of Wyoming, Appellee (Plaintiff).**

**No. S–10–0137.**

Supreme Court of Wyoming.

Oct. 27, 2010.

ORDER AFFIRMING THE SENTENCE OF THE DISTRICT COURT

[¶ 1] **This matter** came before the Court upon its own motion following notification that appellant has not filed a *pro se* brief

within the time allotted by this Court. A Campbell County jury found appellant guilty of sexual exploitation of a child—for possessing child pornography. Wyo. Stat. Ann. § 6–4–303(b)(iv) & (d). On August 9, 2010, appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). Following a careful review of the record and the "*Anders* briefs" submitted by counsel, this Court entered, on August 31, 2010, its "Order Granting Permission for Court Appointed Counsel to Withdraw." That Order provided that the District Court's April 20, 2010 "Sentence" would be affirmed unless, on or before October 18, 2010, appellant filed a brief that persuaded this Court that the captioned appeal is not wholly frivolous. Taking note that appellant, Richard Lee Blagg, has not filed a brief or other pleading within the time allotted, the Court finds that the district court's "Sentence" should be affirmed. It is, therefore,

[¶ 2] **ORDERED** that the District Court's April 20, 2010 "Sentence" be, and the same hereby is, affirmed.

[¶ 3] **DATED** this 27th day of October, 2010.

BY THE COURT:

/s/ Marilyn S. Kite
MARILYN S. KITE
Chief Justice.